422 A.2d 696

Commonwealth v. Gadson, Appellant.

618

Submitted March 23, 1979.

Alfred Marroletti, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.